■ In the Matter of AMIRA S., an Infant. ONONDAGA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; MEGAN R., Appellant, et al., Respondent. [17 NYS3d 363]—Appeal from an order of the Family Court, Onondaga County (Michele Pirro Bailey, J.), entered March 10, 2014 in a proceeding pursuant to Social Services Law § 384-b. The order terminated the parental rights of respondent Megan R.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Centra, J.P., Peradotto, Lindley, Whalen and DeJoseph, JJ.

■ In the Matter of MICHAEL J. MEAD, SR., Appellant, v LISA M. HORN, Respondent. [17 NYS3d 354]—Appeal from an order of the Family Court, Genesee County (Eric R. Adams, J.), entered August 15, 2013 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Memorandum: Petitioner father filed a petition alleging that respondent mother violated an order of custody and visitation, and he also filed two petitions seeking modification of that order. On appeal, the father contends that Family Court improperly dismissed his modification petitions. Inasmuch as the order on appeal dismissed only the violation petition, the father's contention concerning the modification petitions is not properly before us (*see Matter of Price v Jenkins*, 99 AD3d 915, 915 [2012]; *Matter of Nicole Lee B.*, 256 AD2d 1103, 1105 [1998]). We reject the father's further contention that he was denied effective assistance of counsel based solely upon counsel's request to withdraw from representing him, which was denied (*see Matter of Gee v Brothers*, 267 AD2d 786, 788 [1999], *lv denied* 94 NY2d 764 [2000]). Present—Centra, J.P., Peradotto, Lindley, Whalen and DeJoseph, JJ.